**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| PATRICK WELCH, ET AL. )<br>)<br>    Plaintiffs,  )<br>vs. )<br>)<br>MERCK SHARPE & DOHME CORP., ET AL., )<br>)<br>    Defendants. | Case No. 4:11-cv-535<br><br>JURY TRIAL DEMANDED |

## DEFENDANT MERCK SHARPE & DOHME CORP.'S
## MOTION TO SEVER

Defendant Merck Sharp & Dohme Corp. ("Merck") hereby moves the Court to sever the claims of the plaintiffs in this case because they have been improperly joined under Federal Rule of Civil Procedure 20.

As set forth more fully in the attached memorandum of law, plaintiffs have sought to improperly join in one lawsuit the claims of ninety-one different people from twenty-eight different states who allege injury as a result of using the prescription osteoporosis drug Fosamax and/or its generic equivalent, Alendronate Sodium. Plaintiffs do not allege that they were prescribed their drugs by the same doctor (a virtual impossibility since they reside in 28 different states) – or that they took the drugs for the same period of time. Plaintiffs also fail to allege that they have similar medical histories or that they suffered the same injuries. Instead, plaintiffs claim to have suffered a wide variety of "severe and permanent personal injuries, including weakened or brittle bones, multiple stress fractures, and low energy femoral fractures" as a result of their use of defendants' drugs. (Pet. ¶ 93.)

Because such claims do not arise out of the same transaction or occurrence under Rule 20 of the Federal Rules of Civil Procedure, they cannot be joined in one suit.

WHEREFORE, Merck respectfully requests that the Court sever plaintiffs' claims, pursuant to Federal Rules of Civil Procedure 20 and 21, so that each plaintiff's claims can proceed in a separate lawsuit.

Respectfully submitted,

BRYAN CAVE LLP

By:  /s/ Dan Ball

Dan Ball, 27227MO
One Metropolitan Square, Suite 3600
St. Louis, Missouri 63102
Telephone:   314-259-2000
Facsimile:    314-259-2020

Attorney for Defendant
Merck, Sharp & Dohme Corp.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 22, 2011, a copy of the foregoing was served via U.S. mail, first-class postage prepaid, to the following counsel and filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

John Driscoll
The Driscoll Law Firm
211 N. Broadway, Suite 2400
St. Louis, Mo  63102

By:    /s/ Dan Ball